Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Lisa L. Reed

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| LISA L. REED, | Case No.: 1:11-cv-02040-DLB |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Lisa L. Reed ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

1

2  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

3  own fees, costs, and expenses.  The parties enter into this stipulation pursuant to

4  the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate

5  order of the Court.

6  DATE: July 25, 2012            Respectfully submitted,

7                                 LAW OFFICES OF LAWRENCE D. ROHLFING

8                                      /s/ *Lawrence D. Rohlfing*
                             BY:_____
9                                 Lawrence D. Rohlfing
                                  Attorney for plaintiff Lisa L. Reed
10

11 DATE: July 25, 2012            BENJAMIN B. WAGNER
                                  United States Attorney
12

13                                     /s/ *Tova Wolking*

14                                _____
                                  Tova Wolking
                                  Special Assistant United States Attorney
15                                Attorneys for Defendant Michael J. Astrue,
                                  Commissioner of Social Security
16                                (Per e-mail authorization)

17

18

19

20
   IT IS SO ORDERED.
21
       Dated:   **July 26, 2012**             /s/ *Dennis L. Beck*
22                                     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

-2-